No. 10–9418.  WILSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9419.  VINH HOANG TRAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–9426.  BRAMLETT *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–9430.  COOPER *v.* CITY OF DALLAS, TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 10–9432.  HALL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9433.  RIOS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–9434.  BUSSARD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–9438.  FIGUEROA-PEREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9440.  MILES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9441.  MURILLO-PEREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–9442.  ORTIZ-MALDONADO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9444.  PFEIFERLING *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–9446.  LOPEZ-CRUZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9449.  HERNANDEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–9450.  GIBSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–9451.  FOSTER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.